**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **ALBERT E. BANKS, JR.** | : | **DOCKET NO. 22-CV-05707** |
| | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **JOSHUA CRADDOCK, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers on the 28th day of February, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**